UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Hobart P. Drake, | ) | C/A No. 6:09-908-JFA-WMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| Sgt. Scott Jones; Sgt. Brian Taylor; Officer Natasha Alston; Officer Harry Perez; Two Officers as John Doe, et al.; official and individual capacity, | ) | |
| Defendants. | ) | |

The plaintiff has moved for an order allowing a deposition to be conducted of himself. The court is constrained to deny the motion. The only party with standing to request a deposition of the plaintiff in order to gain information about the lawsuit is the defendant. The plaintiff does not need to take his own deposition to learn information necessary to prepare for trial. Accordingly, since the defendant has not requested a deposition, the plaintiff's request is denied.

IT IS SO ORDERED.

May 13, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge