UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| Hobart P. Drake, | ) | C/A No. 6:09-908-JFA-WMC |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| Sgt. Scott Jones; Sgt. Brian Taylor; Officer Natasha Alston; Officer Harry Perez; Two Officers as John Doe, et al.; official and individual capacity, | ) ) ) ) | |
| Defendants. | ) | |

This case is calendared for trial during the July/August 2010 term of court, with jury selection set for Monday, July 12, 2010. The court will conduct a pretrial conference to prepare for trial and to rule on all pending motions on Tuesday, June 15, 2010 at 3:00 p.m. Defense counsel are requested to be present in courtroom no. IV, and the South Carolina Department of Corrections is requested to make arrangements to have the plaintiff participate by satellite transmission from the SCDC.

Following the pretrial conference, the court will enter a pretrial order in the format attached. Accordingly, the parties are directed to come to the pretrial conference prepared to make a full disclosure of all of their witnesses and exhibits. These witnesses and exhibits will be enumerated in the pretrial order and, as indicated in the proposed order attached. No additions thereto will be permitted except absent exceptional circumstances.

1

The Clerk shall forward a copy of this order to defense counsel, the plaintiff, and to the SCDC. Attached to this order is the court's standard pretrial package of information regarding jury selection and trial procedures.

IT IS SO ORDERED.

June 9, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
_____ DIVISION

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | C/A No.: |
| Plaintiff, | ) |  |
| v. | ) |  |
|  | ) | **PRETRIAL** |
|  | ) | **ORDER** |
|  | ) |  |
| Defendants. | ) |  |

_____

This matter came before the court for a pretrial conference on_____.

This order shall memorialize the information provided to the court regarding the trial of this

case.

    1)    Plaintiff's witnesses:

        A.
        B.
        C.
        D.

    2)    Potential Plaintiff's exhibits:

        A.
        B.
        C.
        D.
        E.

The court expresses no opinion as to whether any of the above exhibits are admissible.

3) Defense witnesses:

    A.
    B.
    C.
    D.

4) Potential Defendants' Exhibits:

    A.
    B.

Again, the court expresses no opinion as to whether any of the above exhibits are admissible at trial.

Additions to the above witness and exhibit lists will be allowed only for exceptional circumstances, in accordance with the decision of *Aldalman v. Baker, Watts and Company*, 807 F.2d 359 (4th Cir. 1986).

The issues to be tried to the jury are as follows:

A jury will be drawn in this case on _____ beginning at \_\_\_\_\_ a.m. The plaintiff is advised that if he wishes to wear street clothes during the trial, he must make the necessary arrangements to have these brought to the Marshal's Office on the morning of jury selection, well in advance of the starting time.

The trial will be conducted in strict accordance with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.