UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Hobart P. Drake, | ) | C/A No. 6:09-908-JFA-WMC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| Sgt. Scott Jones; Sgt. Brian Taylor; | ) | |
| Officer Natasha Alston; Officer Harry | ) | |
| Perez; Two Officers as John Doe, et al.; | ) | |
| official and individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The South Carolina Department of Corrections is respectfully ordered to transport the plaintiff, Hobart P. Drake, and two material witnesses, Anthony Joe (Inmate #268638, Perry Correctional Institution), and Christopher Bullard (Inmate #284386, Perry Correctional Institution) to the United States District Courthouse, corner of Meeting and Broad Streets, Charleston, South Carolina, on Tuesday, September 21, 2010, by 9:30 a.m., for the purpose of trying this case to a jury. It is anticipated that the trial can be concluded in one day and that it will not be necessary to bring these witnesses back a second time. If, however, the trial is not concluded on the day it begins, the South Carolina Department of Corrections is respectfully requested to produce these two witnesses on the following day as well.

Additionally, the South Carolina Department of Corrections is hereby directed to deliver a copy of the complete SCDC medical records file of the plaintiff, Hobart P. Drake, for use in the trial of this action. Production of the medical file should be accomplished on

1

or before Wednesday, June 30, 2010.

Upon receipt of the SCDC medical file, defense counsel is directed to immediately make copies of all documents and forward such documents to the plaintiff and the Clerk of this Court for filing under seal.

IT IS SO ORDERED.

June 16, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge