UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hobart P. Drake,  )<br>  )<br>  Plaintiff,  )<br>v.  )<br>  )<br>Sgt. Scott Jones; Sgt. Brian Taylor;  )<br>Officer Natasha Alston; Officer Harry  )<br>Perez; Two Officers as John Doe, et al.;  )<br>official and individual capacity,  )<br>  )<br>  Defendants.  )<br>_____ ) | C/A No.  6:09-908-JFA-WMC<br><br><br>ORDER |

For the purposes of conducting the trial only, this court hereby appoints Charleston attorney Amy Jowers, to represent the plaintiff. Ms. Jowers's responsibilities shall be limited to helping select the jury (or having one of her associates from her law firm perform this function), and then representing the plaintiff at the jury trial in this case.

Inasmuch as the discovery period is already closed, no further discovery will be allowed.

The Clerk's Office is hereby requested to send Ms. Jowers copies of the court's two pretrial orders so that she will be apprised of the witnesses and exhibits that have been designated for trial.  It should be noted that the plaintiff has listed two nurses, who treated him for his alleged injuries, as potential witnesses.  This court has learned that neither of these two nurses is still employed by the South Carolina Department of Corrections. Therefore, as part of Ms. Jowers's pretrial responsibilities, she should make an effort to

locate these nurses and have them subpoenaed for trial. The court maintains a library fund from which expenses such as witness subpoenas may be defrayed.

Consistent with the trial notice sent out by the Clerk previously, the court will draw the jury to try this case from Judge Blatt's jury venire which will report to the Charleston Federal Courthouse on Tuesday, September 21, 2010. The trial will be conducted two weeks later, beginning at 9:30 a.m. on Tuesday, October 5, 2010.

IT IS SO ORDERED.

August 3, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge