IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Hobart P. Drake, | ) | C/A No. 6:09-908-JFA |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Sgt. Scott Jones; Sgt. Brian Taylor; Officer Natasha Alston; Officer Harry Perez; Two Officers as John Doe, et al.; official and individual capacity, | ) | |
| Defendants. | ) | |

As plaintiff Hobart Drake has been appointed trial counsel, the court hereby modifies its June 17, 2010 order directing the South Carolina Department of Corrections to produce plaintiff's medical records as follows: The Department of Corrections is hereby ordered to deliver a complete copy of plaintiff's medical records to Ms. Amy Jowers, Esq. Ms. Jowers's mailing address is as follows:

> Ms. Amy Jowers, Esq.
> Nexsen Pruet, LLC
> P.O. Box 486
> Charleston, SC 29402

The Department of Corrections is also ordered to produce a separate and complete copy of plaintiff's medical records to the clerk's office to be filed under seal. The clerk's mailing address is as follows:

> The Hon. Joseph F. Anderson, Jr.
> C/O Brian Shropshire
> Matthew J. Perry, Jr. Courthouse

>
> 901 Richland St.
> Columbia, SC 29201

The Department of Corrections shall cause plaintiff's medical records to be delivered to the above addresses no later than September 7, 2010.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

August 13, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge