IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Hobart P. Drake, Jr. | ) | C/A No.: 6:09-908-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Sergeant Scott Jones; Sgt. Brian Taylor; | ) | |
| Officer Natasha Alston; Officer Harry Perez; | ) | |
| John Does, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This case has been calendared for trial beginning on Thursday, October 7, 2010, in Charleston, South Carolina.

The South Carolina Department of Corrections is respectfully requested to transport the below named inmates to the Federal Courthouse for participation in this trial:

(1)  Anthony Joe, Inmate No. 268638 (Perry Correctional Institution)

(2)  Chris Bullard, Inmate No. 284386 (Perry Correctional Institution)

(3)  Hobart P. Drake, Jr., Inmate No. 308080 (Lee Correctional Institution)

It should be noted that inmates Joe and Bullard are witnesses to the case and may be taken to the central holding cell of the Charleston Federal Courthouse where they can await their turn to be called as witnesses. The remaining inmate, Hobart P. Drake, Jr., is the plaintiff in this action and should be taken to the holding cell just outside of Courtroom No. 5 in the courthouse.

1

All inmates should be transported to the United States District Courthouse, corner or Meeting and Broad Streets, Charleston, South Carolina, no later than 9:00 a.m. on Thursday, October 7, 2010.

Plaintiff's counsel shall ensure that plaintiff is furnished street clothes to wear during the trial.

The Clerk shall forward a copy of this order to the South Carolina Department of Corrections.

IT IS SO ORDERED.

September 28, 2010  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge