IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hobart P. Drake, Jr. ) | C/A No.: 6:09-908-JFA |
| ) | |
| Plaintiff, ) | |
| ) | ORDER REGARDING |
| v. ) | COURT'S INSTRUCTIONS |
| ) | TO THE JURY |
| Sergeant Scott Jones; Sgt. Brian Taylor; ) | |
| Officer Natasha Alston; Officer Harry Perez; ) | |
| John Does, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

TO COUNSEL OF RECORD:

Please find attached to this order a copy of the court's proposed jury instructions in this case. Counsel should carefully review these instructions and notify the court of any proposed deletions or additions on or before Monday, October 4, 2010. Pretrial briefs, in accordance with this District's local rules, are also due on that date.

IT IS SO ORDERED.

September 28, 2010   Joseph F. Anderson, Jr.
Columbia, South Carolina   United States District Judge