UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Hobart P. Drake, Jr., #308080, | C/A No. 6:09-908 |
| Plaintiff, | |
| | **CONFIDENTIALITY AGREEMENT** |
| Versus | |
| Sergeant Scott Jones; Sgt. Bryan Taylor; Officer Natasha Alston; Officer Harry Perez; Two Officers as John Doe, et al., Official and Individual capacity, | |
| Defendants. | |

It appearing to the Court that the parties to the above-captioned action have agreed that the pictures of Edisto B Wing at Lieber Correctional Institution bates labeled *Edisto B Wing 0001-0033* and the Map of Edisto B Wing bates labeled *Confidential* be protected and the Court hereby Orders:

1. That Plaintiff's Counsel is entitled to the pictures and map for use at trial only;

2. That the parties to this lawsuit are hereby prohibited from using or disclosing the pictures or map for any purpose other than those directly related to trial; and

3. That all pictures of the Edisto B Wing at Lieber Correctional Institution and the map, including all copies made, are to be returned to Defense Counsel at the end of this litigation.

AND IT SO ORDERED.

Joseph F. Anderson, Jr.
Chief U.S. District Judge

October 5, 2010

| WE MOVE: | I CONSENT: |
|---|---|
| **s/ Elloree A. Ganes** | **s/ Amy Jowers** |
| Robert H. Hood (1939) | Amy Jowers, Esquire |
| Robert H. Hood, Jr. (6998) | |
| Elloree A. Ganes (9022) | Nexsen Pruet, LLC |
| | 205 King Street, Suite 400 (29401) |
| HOOD LAW FIRM, LLC | P.O. Box 486 |
| 172 Meeting Street | Charleston, SC 29402 |
| Post Office Box 1508 | P: (843) 720-1715; F: (843) 414-8235 |
| Charleston, SC 29402 | E: ajowers@nexsenpruet.com |
| Phone: (843) 577-4435 | |
| Facsimile: (843) 722-1630 | |
| Email: Info@hoodlaw.com | |